# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Vanessa Mielke

                     Plaintiff,

v.                                             Case No.: 1:10–cv–02567
                                                  Honorable Joan B. Gottschall

Pure Equator US, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 16, 2011:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Stipulation of Dismissal [36], this action is dismissed with prejudice of all claims asserted, each party to bear its own fees and costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.